UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHEWAINESH HAGOS EFREM, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 12-01167 AJW |
| ) | |
| v. ) | J U D G M E N T |
| ) | |
| CAROLYN W. COLVIN[1], ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded for further administrative proceedings consistent with the memorandum of decision.

March 11, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge

---

[1] Carolyn W. Colvin is substituted as defendant in place of her predecessor in office, Michael J. Astrue. See Fed. R. Civ. P. 25(d).