Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
email: Scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
SHEWAINESH HAGOS EFREM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA.
WESTERN DIVISION

| | |
|---|---|
| SHEWAINESH HAGOS EFREM ) | CASE NO.: CV 12-1167 AJW |
| ) | |
| Plaintiff ) | Order Awarding EAJA |
| ) | Fees |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN[1], ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

attorney fees under EAJA in the amount of FORTY-TWO HUNDRED DOLLARS and 00/cents ($4.200.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED:  JUNE  7, 2013                          /s/  Andrew J. Wistrich
                                    _____
                                            ANDREW J. WISTRICH
                                    UNITED STATES MAGISTRATE JUDGE